

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joseph Lee Escobar, Appellant

No. 06-18-00120-CR       v.

The State of Texas, Appellee

Appeal from the 349th District Court of Houston County, Texas (Tr. Ct. No. 16CR-192).  Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete the following sentence:  "Defendant is responsible for any court appointed attorney fees in this case."  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Joseph Lee Escobar, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk